

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2016

No. 04-16-00244-CV

**SIG GROUP ENT. LLC**,
Appellant

v.

**MWJI, LLC**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-21171
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On June 20, 2016, appellee filed a Motion to Dismiss Accelerated Appeal as Moot. If appellant desires to file a response to the motion, it must do so <u>no later than July 5, 2016</u>. If appellant does not respond by July 5, 2016, this court will rule on appellee's motion without benefit of a response.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court